Benjamin Heikali SBN 307466
Email: bheikali@faruqilaw.com
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885

Lubna M. Faruqi (pro hac vice forthcoming)
James M. Wilson, Jr. (pro hac vice forthcoming)
Robert W. Killorin (pro hac vice forthcoming)
Email: lfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff Huixi Zhao*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br><br>        Defendants. | No. 8:20-cv-01540-DOC-JDE<br><br>**NOTICE OF HUIXI ZHAO'S MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT AS LEAD PLAINTIFF AND (3) APPROVAL OF LEAD COUNSEL**<br><br><u>**CLASS ACTION**</u><br><br>Judge: Hon. David O. Carter<br>Hearing Date: November 16, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D |

*(captions continue on next page)*

| | |
|---|---|
| PETER CHAU, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br><br>                              Defendants. | No. 8:20-cv-01886-DOC-JDE |
| SUBRAMANIAN LALGUDI, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br><br>                              Defendants. | No. 8:20-cv-01910-DOC-JDE |

**NOTICE OF MOTION**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on November 16, 2020, or on a date and time set by this Court, Huixi Zhao ("Zhao"), by and through his counsel, will and does hereby move this Court for an order granting Zhao's motion for consolidation, appointment as Lead Plaintiff and approval of his counsel as Lead Counsel (the "Motion").

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") on the grounds that the above-captioned actions and any related actions that may be filed should be consolidated due to the fact that these actions raise common issues of fact and law, and consolidation under Fed. R. Civ. P. 42(a) will be more efficient for the Court and the parties involved.[1]  Zhao has timely filed his Motion and is the "most adequate plaintiff" under the rules of the PSLRA.  Moreover, Zhao meets the requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of this Motion as his claims are typical of the other purported class members' claims and he will fairly and adequately represent the putative class. Zhao also seeks the Court's approval of his selection of Faruqi & Faruqi, LLP, a law firm with substantial experience in prosecuting securities fraud class actions, as Lead Counsel pursuant to 15 U.S.C. §§ 78u-4(a)(3)(B)(v).

This Motion is based on the accompanying memorandum of points and authorities in support hereof, the declaration of Benjamin Heikali filed herewith,

---

[1]    Local Civil Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Zhao will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions.  Under these circumstances, Zhao respectfully requests that the conferral requirement of Rule 7-3 be waived.

1

the pleadings and other filings herein, and other such written and oral argument as may be permitted by the Court.

Dated:  October 19, 2020          Respectfully submitted,

By: /s/ *Benjamin Heikali*
          Benjamin Heikali

**FARUQI & FARUQI, LLP**
Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

Lubna M. Faruqi (pro hac vice forthcoming)
James M. Wilson, Jr. (pro hac vice forthcoming)
Robert W. Killorin (pro hac vice forthcoming)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: lfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Zhao and [Proposed] Lead Counsel for the Class*

NOTICE OF HUIXI ZHAO'S MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT AS LEAD PLAINTIFF AND (3) APPROVAL OF LEAD COUNSEL No. 8:20-cv-01540-DOC-JDE