Benjamin Heikali SBN 307466
Email: bheikali@faruqilaw.com
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885

Lubna M. Faruqi (pro hac vice forthcoming)
James M. Wilson, Jr. (pro hac vice forthcoming)
Robert W. Killorin (pro hac vice forthcoming)
Email: lfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331

*Attorneys for Proposed Lead Plaintiff Huixi Zhao*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br><br>Defendants. | No. 8:20-cv-01540-DOC-JDE<br><br>**DECLARATION OF BENJAMIN HEIKALI IN SUPPORT OF HUIXI ZHAO'S MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT AS LEAD PLAINTIFF AND (3) APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION**<br><br>Judge: Hon. David O. Carter<br>Hearing Date: November 16, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D |

*(captions continue on next page)*

| | |
|---|---|
| PETER CHAU, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br><br>      Defendants. | No. 8:20-cv-01886-DOC-JDE |
| SUBRAMANIAN LALGUDI, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br><br>      Defendants. | No. 8:20-cv-01910-DOC-JDE |

I, Benjamin Heikali, hereby declare as follows:

1.      I am a member of good standing in the bar of the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP ("Faruqi Firm").  I submit this declaration in support of the motion filed by Huixi Zhao ("Zhao") for (1) consolidation, (2) appointment as Lead Plaintiff and (3) approval of the Faruqi Firm to serve as Lead Counsel.

2.      Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A:   PSLRA Notice

Exhibit B:   PSLRA Certification of Zhao

Exhibit C:   Faruqi Firm Resume

Exhibit D:   Certificate from Women's Business Enterprise National Council

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of October 2020 at Los Angeles, California.

*/s/ Benjamin Heikali*
Benjamin Heikali

1