# EXHIBIT B

| Client Name | Bhavin Patel |
| --- | --- |
| Company Name | Alteryx, Inc. |
| Ticker Symbol | AYX |
| Security Type | |
| Class Period Start | 05-06-2020 |
| Class Period End | 08-07-2020 |
| 90-DAY Lookback Period Start | 08-08-2020 |
| 90-DAY Lookback Period End | 10-19-2020 |
| 90-DAY Lookback Average | $ 118.91 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $39,293.98 |
| *DURA LIFO* Total* | $35,211.98 |
| Gross Shares Purchased | 2,000.00 |
| Net Shares Retained | 1,600.00 |
| Net Funds Expended | $221,821.00 |

**Bhavin Pate - Acct. 1**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-06-2020 | 1000 | 138 | $ 138,000.00 | 09-04-2020 | | 1000 | $ 114.72 | | $ 114,720.00 | 1000 | - | $ 118.91 | | $ 23,280.00 | $ 23,280.00 |
| 08-07-2020 | 19 | 133 | $ 2,527.00 | 08-20-2020 | | 19 | $ 113.01 | | $ 2,147.22 | 19 | - | $ 118.91 | | $ 379.78 | $ 379.78 |
| 08-07-2020 | 400 | 132.895 | $ 53,158.00 | 08-07-2020 | 400 | | $ 122.69 | $ 49,076.00 | - | - | - | $ 118.91 | | $ 4,082.00 | |
| 08-07-2020 | 581 | 132.895 | $ 77,212.00 | 08-20-2020 | | 581 | $ 113.01 | | $ 65,659.80 | 581 | - | $ 118.91 | | $ 11,552.20 | $ 11,552.20 |
| **Total:** | **2,000.00** | | **$ 270,897.00** | | **400.00** | **1600** | | **$ 49,076.00** | **$182,527.02** | **1,600.00** | | | | **$ 39,293.98** | **$ 35,211.98** |

| Client Name | Bhavin Patel |
| --- | --- |
| Company Name | Alteryx, Inc. |
| Ticker Symbol | AYX |
| Security Type | |
| Class Period Start | 05-06-2020 |
| Class Period End | 08-07-2020 |
| 90-DAY Lookback Period Start | 08-08-2020 |
| 90-DAY Lookback Period End | 10-19-2020 |
| 90-DAY Lookback Average | $ 118.91 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $ 287.1200 |
| *DURA LIFO* Total* | $ -621.00 |
| *DURA LIFO** Total* | $ 0.00 |
| Gross Shares Purchased | 1,200.00 |
| Net Shares Retained | 0 |
| Net Funds Expended | $ 287.12 |

**Bhavin Patel - Acct. 2**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-07-2020 | 68 | 121.96 | $ 8,293.28 | 08-07-2020 | 68 | | $ 121.00 | $ 8,228.00 | - | - | - | $ 118.91 | | $ 65.28 | |
| 08-07-2020 | 10 | 121.96 | $ 1,219.60 | 08-07-2020 | 10 | | $ 121.41 | $ 1,214.10 | - | - | - | $ 118.91 | | $ 05.50 | |
| 08-07-2020 | 22 | 121.96 | $ 2,683.12 | 08-07-2020 | 22 | | $ 121.40 | $ 2,670.80 | - | - | - | $ 118.91 | | $ 12.32 | |
| 08-07-2020 | 100 | 121.99 | $ 12,199.00 | 08-07-2020 | 100 | | $ 121.00 | $ 12,100.00 | - | - | - | $ 118.91 | | $ 99.00 | |
| 08-07-2020 | 1 | 121.95 | $ 121.95 | 08-07-2020 | 1 | | $ 121.08 | $ 121.08 | - | - | - | $ 118.91 | | $ 00.87 | |
| 08-07-2020 | 19 | 121.95 | $ 2,317.05 | 08-07-2020 | 19 | | $ 121.10 | $ 2,300.90 | - | - | - | $ 118.91 | | $ 16.15 | |
| 08-07-2020 | 180 | 121.95 | $ 21,951.00 | 08-07-2020 | 180 | | $ 121.00 | $ 21,780.00 | - | - | - | $ 118.91 | | $ 171.00 | |
| 08-07-2020 | 400 | 122.5 | $ 49,000.00 | 08-07-2020 | 400 | | $ 121.16 | $ 48,462.00 | - | - | - | $ 118.91 | | $ 538.00 | |
| 08-07-2020 | 400 | 122 | $ 48,800.00 | 08-07-2020 | 400 | | $ 123.55 | $ 49,421.00 | - | - | - | $ 118.91 | | -$ 621.00 | -$ 621.00 |
| **Total:** | **1,200.00** | | **$ 146,585.00** | | **1,200.00** | | | **$ 146,297.88** | | | | | | **$ 287.12** | **$ -621.00** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.