**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone:  (213) 612-7222
Facsimile:   (212) 214-0506
Email:  fortunato@bespc.com
            passmore@bespc.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br><br>Defendants. | Case No. 8:20-cv-01540-DOC-JDE<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF MOTION AND MOTION OF THE ALTERYX INVESTOR GROUP FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Honorable David O. Carter<br>Hearing Date: November 16, 2020<br>Time: 8:30 a.m.<br>Courtroom: Courtroom 9D – 9th Floor |

| | |
|---|---|
| PETER CHAU, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:20-cv-01886-DOC-JDE |
| Plaintiff, | |
| v. | |
| ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN, | |
| Defendants. | |
| SUBRAMANIAN LALGUDI, Individually and On Behalf of All Others Similarly Situated, | Case No. 8:20-cv-01910-DOC- JDE |
| Plaintiff, | |
| v. | |
| ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, November 16, 2020, at 8:30 a.m. before the Honorable David O. Carter in the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9D – 9th Floor, Santa Ana, California 92701-4516, or as soon as counsel may be heard, the undersigned will and hereby does move for an Order:  (1) consolidating the above named actions; (2) appointing movants Robert Ball and Nancy Ball (husband and wife) and Michael Kazmer (together, "Movant" or the "Alteryx Investor Group") as Lead Plaintiff; (3) approving Movant's choice of Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel; and (4) granting such other and further relief as the Court may deem just and proper.  This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

This Motion is made and based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Melissa A. Fortunato, the [Proposed] Order Consolidating Actions, Appointing the Alteryx Investor Group as Lead Plaintiff, and Approving the Alteryx Investor Group's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

Local Rule 7-3 requires a conference of counsel prior to the filing of motions. Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. § 78u-4(a)(3)(B), Movant cannot yet ascertain which other parties plan to move for appointment as lead plaintiff until after the deadline expires on October 19, 2020.  Accordingly, Movant respectfully requests that the meet and confer requirement of Local Rule 7-3 be waived.

Dated: October 19, 2020

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Melissa A. Fortunato*
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone:  (213) 612-7222
Facsimile:   (212) 214-0506
Email:  fortunato@bespc.com
            passmore@bespc.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above actions, and am over eighteen years old.  On October 19, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this October 19, 2020.

> /s/ Melissa A. Fortunato
> Melissa A. Fortunato