**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
445 S. Figueroa Street, Suite 3100
Los Angeles, California 90071
Telephone:  (213) 612-7222
Facsimile:  (212) 214-0506
Email:  fortunato@bespc.com
        passmore@bespc.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br><br>                    Defendants. | Case No. 8:20-cv-01540-DOC-JDE<br><br>CLASS ACTION<br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF THE ALTERYX INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Honorable David O. Carter<br>Hearing Date: November 19, 2020<br>Time: 8:30 a.m.<br>Courtroom: Courtroom 9D – 9th Floor |

PETER CHAU, Individually and On Behalf of All Others Similarly Situated,

              Plaintiff,

        v.

ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,

              Defendants.

Case No. 8:20-cv-01886-DOC-JDE

SUBRAMANIAN LALGUDI, Individually and On Behalf of All Others Similarly Situated,

              Plaintiff,

        v.

ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,

              Defendants.

Case No. 8:20-cv-01910-DOC-JDE

I, Melissa A. Fortunato, hereby declare as follows:

1.    I am a Partner with the law firm Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movants Robert Ball and Nancy Ball (husband and wife) and Michael Kazmer (together, "Movant" or the "Alteryx Investor Group") and proposed lead counsel for the Class.[1]

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of its selection of BES as lead counsel for the Class.

3.    Attached hereto are true and correct copies of the following:

Exhibit 1:    Private Securities Litigation Reform Act certifications signed by Robert Ball, Nancy Ball, and Michael Kazmer attaching their securities during the Class Period in Schedule A(s), thereto;

Exhibit 2:    Chart detailing Movant's combined financial losses;

Exhibit 3:    Joint Declaration of the Alteryx Investor Group;

Exhibit 4:    Press release published August 20, 2020 on *Business Wire* announcing the pendency of the securities class action against Defendants herein: *Smith v. Alteryx Inc., et al.*, Case No. 8:20-cv-01540-DOC; and

Exhibit 5:    BES firm résumé.

---

[1]    The "Class" consists of all persons and entities other than Defendants that purchased or otherwise acquired Alteryx, Inc. securities between May 6, 2020 and August 7, 2020, inclusive (the "Class Period").

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 19th day of October, 2020.

/s/ Melissa A. Fortunato
Melissa A. Fortunato