Robert V. Prongay (SBN 270796)
Charles Linehan (SBN 307439)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Movants
Alejandro Handal, Steven Cardoza, and
Homayon Farnoodymeher*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GREG SMITH, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN, <br><br> Defendants. | Case No. 8:20-cv-01540-DOC-JDE <br><br> **NOTICE OF MOTION AND MOTION OF ALEJANDRO HANDAL, STEVEN CARDOZA, AND HOMAYON FARNOODYMEHER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| PETER CHAU, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN, <br><br> Defendants. | Case No. 8:20-cv-01886-DOC-JDE <br><br><br> Date:   November 16, 2020 <br> Time:   8:30 a.m. <br> Crtrm.:  9D <br> Judge:  David O. Carter |

[caption continues on following page]

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

SUBRAMANIAN LALGUDI, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,

        Defendants.

Case No. 8:20-cv-01910-DOC-JDE

**TO:  THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, November 16, 2020, at 8:30 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable David O. Carter, in Courtroom 9D, 411 West Fourth Street, Santa Ana, CA 92701, Lead Plaintiff Movants Alejandro Handal, Steven Cardoza, and Homayon Farnoodymeher (collectively, "Movants") will move this Court for entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Movants as Lead Plaintiff; (iii) approving Movant's selection of Glancy Prongay & Murray LLP and Pomerantz LLP as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

This motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) consolidating the above-captioned actions; (ii) appointing Movants as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of Alteryx, Inc. between May 6, 2020 and August 7, 2020, inclusive ("Class Period"); (iii) approving Movants' selection of Glancy Prongay & Murray LLP and Pomerantz LLP as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movants submit a Memorandum of Law in support thereof and the Declaration of Charles H. Linehan and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

1

appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Movants have no way of knowing with certainty who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movants have been unable to conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully request that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have standing to oppose the appointment of Movants as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

DATED:  October 19, 2020                Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Charles Linehan*
Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Attorneys for Lead Plaintiff Movants Alejandro Handal, Steven Cardozo, and Homayon Farnoodymeher*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz (SBN 216587)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
Email: fcruz@frankcruzlaw.com

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
Email: brian@schallfirm.com

*Additional Counsel*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On October 19, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2020, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan