Robert V. Prongay (SBN 270796)
Charles Linehan (SBN 307439)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Movants*
*Alejandro Handal, Steven Cardoza, and*
*Homayon Farnoodymeher*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GREG SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br><br>Defendants. | Case No. 8:20-cv-01540-DOC-JDE<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF MOTION OF ALEJANDRO HANDAL, STEVEN CARDOZA, AND HOMAYON FARNOODYMEHER FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| PETER CHAU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,<br>Defendants. | Case No. 8:20-cv-01886-DOC-JDE |

[caption continues on following page]

DECLARATION OF CHARLES H. LINEHAN

SUBRAMANIAN LALGUDI, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

ALTERYX, INC., DEAN A. STOECKER, and KEVIN RUBIN,

        Defendants.

Case No. 8:20-cv-01910-DOC-JDE

DECLARATION OF CHARLES H. LINEHAN

I, Charles H. Linehan, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for lead plaintiff movants Alejandro Handal, Steven Cardoza, and Homayon Farnoodymeher (collectively, "Movants") and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Movants' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Business Wire* on August 20, 2020, announcing the pendency of the securities class action against the defendants herein;

Exhibit B:    Signed PSLRA Certification of Movants;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in Alteryx, Inc. securities;

Exhibit D:    Movants' Joint Declaration in Support of Lead Plaintiff Motion;

Exhibit E:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit F:    Firm résumé of Pomerantz LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of October 2020, at Los Angeles, California.

_s/ Charles H. Linehan_
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN

1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On October 19, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2020, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan