# EXHIBIT C

Loss Chart

**Company Name:** Alteryx, Inc
**Ticker:** AYX
**Class Period:** May 6, 2020 to August 7, 2020

**Name:** Alejandro Handal

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/6/2020[1] | 10,000 | $140 0000 | -$1,400,000 0000 | | $0 0000 | -$1,400,000 00 |
| 8/27/2020 | -30 | | $0 0000 | $126 0250 | $3,780 7500 | $3,780 75 |
| 8/27/2020 | -400 | | $0 0000 | $126 0100 | $50,404 0000 | $50,404 00 |
| 8/27/2020 | -4,570 | | $0 0000 | $126 0001 | $575,820 4570 | $575,820 46 |
| 8/27/2020 | -5,000 | | $0 0000 | $126 0001 | $630,000 5000 | $630,000 50 |

| Shares Retained: | 0 | | | | Subtotal: | -$139,994.29 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0 00 |
| | | | $118 4722 | 0 | Total: | -$139,994.29 |

**Name:** Steven Cardoza

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/3/2020 | 300 | $174 0000 | -$52,200 0000 | | $0 0000 | -$52,200 00 |
| 8/5/2020 | 375 | $178 6800 | -$67,005 0000 | | $0 0000 | -$67,005 00 |
| 8/6/2020 | 300 | $170 3000 | -$51,090 0000 | | $0 0000 | -$51,090 00 |
| 8/6/2020[2] | 300 | $137 3700 | -$41,211 0000 | | $0 0000 | -$41,211 00 |
| 8/7/2020 | 300 | $122 3000 | -$36,690 0000 | | $0 0000 | -$36,690 00 |
| 8/7/2020 | 300 | $118 5500 | -$35,565 0000 | | $0 0000 | -$35,565 00 |
| 8/12/2020 | -900 | | $0 0000 | $109 2533 | $98,328 0006 | $98,328 00 |
| 8/24/2020 | -600 | | $0 0000 | $111 1318 | $66,679 0907 | $66,679 09 |

| Shares Retained: | 375 | | | | Subtotal: | -$118,753.91 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $44,427 09 |
| | | | $118 4722 | 375 | Total: | -$74,326.82 |

**Name:** Homayon Farnoodymeher

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/23/2020 | 1,100 | $169 6040 | -$186,564 4000 | | $0 0000 | -$186,564 40 |
| 7/23/2020 | -1,100 | | $0 0000 | $168 8153 | $185,696 8300 | $185,696 83 |
| 7/27/2020 | 1,197 | $167 0000 | -$199,899 0000 | | $0 0000 | -$199,899 00 |
| 7/30/2020 | -200 | | $0 0000 | $175 0000 | $35,000 0000 | $35,000 00 |
| 8/3/2020 | 65 | $174 5399 | -$11,345 0935 | | $0 0000 | -$11,345 09 |
| 8/3/2020 | 13 | $177 4500 | -$2,306 8500 | | $0 0000 | -$2,306 85 |
| 8/3/2020 | 5 | $172 4644 | -$862 3220 | | $0 0000 | -$862 32 |
| 8/7/2020 | -1,080 | | $0 0000 | $122 9518 | $132,787 9246 | $132,787 92 |

| Shares Retained: | 0 | | | | Subtotal: | -$47,492.91 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0 00 |
| | | | $118 4722 | 0 | Total: | -$47,492.91 |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/6/2020 | 4 | 173 75000 | -$695 0000 | 173 75000 | $0 0000 | -$695 00 |
| 8/10/2020 | -4 | | $0 0000 | 121 20000 | $484 8000 | $484 80 |

| Shares Retained: | 0 | | | | Subtotal: | -$210.20 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0 00 |
| | | | $118 4722 | 0 | Total: | -$210.20 |

| | | |
|---|---|---|
| | Homayon Farnoodymeher Total: | -$47,703.11 |

| Movants' Loss Summary | |
|---|---|
| Alejandro Handal: | -$139,994 29 |
| Steven Cardoza: | -$74,326 82 |
| Homayon Farnoodymeher | -$47,703 11 |
| **Combined Loss:** | **-$262,024.22** |

Notes

[1] Purchase executed after-market on August 6, 2020 at 4:24:02 p m

[2] Purchase executed after-market on August 6, 2020

The 90-Day Average Price used in this loss chart is the average closing price between August 10, 2020 and October 16, 2020  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price