Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
Raymond D. Sulentic (SBN 316913)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: csadler@glancylaw.com
Email: rsulentic@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re ALTERYX, INC. SECURITIES LITIGATION | Case No. 8:20-cv-01540-DOC-JDE |
|---|---|
| | CLASS ACTION |
| | **DECLARATION OF RAYMOND D. SULENTIC IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| | Judge:      Hon. David O. Carter |
| | Date:       June 21, 2021 |
| | Time:       8:30 a.m. |
| | Courtroom: 9D |

Declaration of Raymond D. Sulentic          Case No. 8:20-cv-01540-DOC-JDE

I, Raymond D. Sulentic, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiffs Alejandro Handal, Steven Cardoza, and Homayon Farnoodymeher (collectively, "Plaintiffs") and co-lead counsel for the class in the above-captioned action.  I make this declaration in support of Plaintiffs' Opposition to Defendants' Request for Judicial Notice and Incorporation of Documents by Reference in Support of Defendants' Motion to Dismiss Amended Class Action Complaint (the "Request for Judicial Notice"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      On March 12, 2021, counsel for the parties held a meet and confer teleconference regarding Defendants' pending Motion to Dismiss. During that teleconference, the parties sought to narrow the issues before the Court and, to that end, discussed the scope of Defendants' anticipated Request for Judicial Notice.

3.      Following that discussion, on March 16, 2021, counsel for Defendants emailed a list of documents that Defendants indicated they may rely on to support their Motion to Dismiss, but did not indicate how they would rely on such documents nor did Defendants provide a copy of their legal briefing along with the list of documents.  This email is attached hereto as "Exhibit A".

4.      On March 18, 2021, my colleague, attorney Pavithra Rajesh, responded and indicated that Plaintiffs "agree that the Form 8-Ks filed by Alteryx on February 13, 2020, May 6, 2020, and August 6, 2020 as well as the Form 10-Q filed on August 7, 2020 are incorporated-by-reference, ***provided that Defendants' motion to dismiss uses these documents within the proper scope of the doctrine***." *See* Ex. A (emphasis added).

/ / /

/ / /

/ / /

1

Declaration of Raymond D. Sulentic                    Case No. 8:20-cv-01540-DOC-JDE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of May, in San Diego, California.

*s/ Raymond D. Sulentic*
Raymond D. Sulentic

Declaration of Raymond D. Sulentic                    Case No. 8:20-cv-01540-DOC-JDE

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On May 7, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 7, 2021, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler