LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*
Andrew R. Gray (Bar No. 254594)
*andrew.gray@lw.com*
Jordan D. Cook (Bar No. 293394)
*jordan.cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Fax: (714) 755-8290

LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel: (858) 523-5400
Fax: (858) 523-5450

*Attorneys for Defendants Alteryx, Inc., Dean A. Stoecker, and Kevin Rubin*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

IN RE ALTERYX, INC. SECURITIES LITIGATION

CASE NO. 8:20-cv-01540 DOC (JDEx)

**JUDGMENT IN FAVOR OF DEFENDANTS ALTERYX, INC., DEAN A. STOECKER, AND KEVIN RUBIN**

Courtroom: 9D
Judge: Hon. David O. Carter

On June 17, 2021, the Court issued an order granting Defendants' motion to dismiss all claims alleged in the First Amended Complaint. The Court declined to grant leave to amend, thereby terminating the case. ECF No. 51.

Consistent with the Court's order, this action is dismissed with prejudice and judgment hereby entered in favor of Defendants Alteryx, Inc., Dean A. Stoecker, and Kevin Rubin.

**IT IS SO ORDERED.**

Dated: August 2, 2021

David O. Carter

The Honorable David O. Carter
United States District Judge